**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**VINCENT D. WHITE, JR.,**

         **Petitioner,**

         **v.**

**WARDEN, ROSS
CORRECTIONAL INSTITUTION,**

         **Respondent.**

         **CASE NO. 2:17-CV-325
JUDGE JAMES L. GRAHAM
Magistrate Judge Chelsey M. Vascura**

**OPINION AND ORDER**

On January 8, 2018, the Magistrate Judge issued an *Order and Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed, and denying petitioner's request for a stay. (ECF No. 13.) Although the parties were advised of the right to object to the Magistrate Judge's *Order and Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The *Order and Report and Recommendation* (ECF No. 13) is **ADOPTED** and **AFFIRMED**. Petitioner's request for a stay of proceedings (ECF No. 12) is **DENIED**.

This action is hereby **DISMISSED**.

Petitioner has failed his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

The Clerk is **DIRECTED** to enter final judgment.

Date: January 31, 2018

                                                     s/James L. Graham
                                           JAMES L. GRAHAM
                                           United States District Judge